UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE: JAMES D. DUNCAN ) No.: 3:20-MC-54-TAV-HBG

# JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, the Clerk is **DIRECTED** to terminate James D. Duncan's pending motion for extension [Doc. 4] and to file his inmate trust account statement and accompanying letter [Doc. 1] in *Jett v. Anderson County, Tennessee, et al.*, Civil Action No. 3:20-CV-365-DCLC-HBG. This action is **DISMISSED without prejudice** and the Clerk is **DIRECTED** to close this file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT