UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| JAMES D. DUNCAN, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:20-MC-054-TAV-HBG |
| | ) | | |
| ANDERSON COUNTY, TN, | ) | | |
| JAMES LANDRY, and | ) | | |
| RIDGEVIEW MENTAL HEALTH, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with

this order:

1.  Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 9] is **GRANTED**;

2.  Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3.  The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4.  The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5.  Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983;

6.  Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A);

7.  Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice

of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8.    The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2